PAULINE M. BACON, Respondent, *v.* ALVIN E. SAEGER, Appellant.

*Bacon* v. *Saeger*, 119 App. Div. 917, affirmed. (Argued January 27, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 17, 1907, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the value of certain gas fixtures alleged to have been converted by defendant.

*George E. Zartman* for appellant.

*J. N. Hammond* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.